DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

In the Interest of M.B., L.C, and X.C., children.

————————————————————

S.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1037

————————————————

October 10, 2025

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Morgan Patricia Theodore of Morgan P. Theodore Law, PLLC, Pro Bono Guardian ad Litem Attorney Defending Best Interests, Miami Beach, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.